# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.          CASE NO: 8:16-cr-327-T-36JSS

**KENNETH WILLIAM KING**

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc.15), entered April 12, 2018, to which there has been no objection and the 14 day objection period has expired, the Report and Recommendation on Violation of Supervised Release of the Defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for May 10, 2018 at 10:30 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 7th day of May 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services